# UNITED STATES of America, Plaintiff–Appellee

v.

# Mario MEDINA–GONZALEZ, Defendant–Appellant.

## No. 04–51308.

United States Court of Appeals, Fifth Circuit.

Decided June 7, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is GRANTED;

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to the United States District Court for the Western District of Texas, Del Rio Division for resentencing is GRANTED;

IT IS FURTHER ORDERED that the Appellees alternative motion to extend time to file the Appellees brief until fourteen (14) days from the Courts denial of the Appellees motion to vacate and remand is DENIED AS UNNECESSARY.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.